**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW JONES, Derivatively on Behalf of Nominal Defendant AVIS BUDGET GROUP, INC.,<br><br>Plaintiff,<br>v.<br><br>JAGDEEP PAHWA, ANU HARIHARAN, BERNARDO HEES, JOSEPH FERRARO, LYNN KROMINGA, GLENN LURIE, IZILDA MARTINS, AND KARTHIK SARMA,<br><br>Individual Defendants,<br><br>and<br><br>AVIS BUDGET GROUP, INC.,<br><br>Nominal Defendant. | Case No. 2:25-cv-07934-MEF-CF<br><br>**STIPULATED MOTION AND ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Andrew Jones ("Plaintiff") and Defendants Jagdeep Pahwa, Anu Hariharan, Bernardo Hees, Joseph Ferraro, Lynn Krominga, Glenn Lurie, Izilda Martins, and Karthik Sarma (the "Named Defendants") along with Nominal Defendant Avis Budget Group, Inc. ("Avis" or the "Company," together with the "Named Defendants," the "Defendants," and together with Plaintiff, the "Parties," and each a "Party"), by and through their respective counsel, respectfully request that the

Court enter an order granting Plaintiff's request to voluntarily dismiss the above-captioned action without prejudice. The Parties state as follows:

WHEREAS, on June 6, 2025, Plaintiff Jones filed in this Court a putative shareholder derivative action purportedly on behalf of Avis against the Named Defendants (the "Derivative Action");

WHEREAS, two factually related securities class actions, captioned *Shane Merriam* v. *Avis Budget Group, Inc., et al.*, 2:25-cv-03332-MEF-CF, and *O'Connor* v. *Avis Budget Group, Inc., et al.*, 2:25-cv-11943-MEF-CLW, were previously filed in the United States District Court for the District of New Jersey and subsequently consolidated on August 11, 2025, and captioned *In re Avis Budget Group Inc., Securities Litigation*, 2:25-cv-03332-MEF-CF (as consolidated, the "Securities Class Action");

WHEREAS, the Derivative Action involves common questions of law and fact and arises from the same set of transactions and occurrences as the Securities Class Action;

WHEREAS, on October 13, 2025, the Securities Class Action was voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *see In re Avis Budget Group Inc., Securities Litigation*, 2:25-cv-03332-MEF-CF, ECF No. 21;

WHEREAS, on October 22, 2025, the Parties moved this Court for dismissal of the Derivative Action without prejudice, ECF No. 4;

WHEREAS, on November 24, 2025, the Court issued an opinion and order denying the Parties' stipulated motion to voluntarily dismiss the Derivative Action absent the provision of notice to Avis's shareholders pursuant to Federal Rule of Civil Procedure 23.1(c), ECF No. 8;

WHEREAS, on January 21, 2026, the Parties submitted a proposed plan and form of notice for notifying the Company's shareholders, ECF No. 9, and after the Court requested revisions to the notice, on February 4, 2026, the Parties submitted a revised form of notice, ECF No. 11;

WHEREAS, the Court approved the Parties' proposed notice plan set forth in ECF No. 9 on February 6, 2026, ECF No. 12, including the approved form of notice to be provided to shareholders set forth in ECF No. 11 (the "Notice");

WHEREAS, on February 27, 2026, the Parties published the Notice in accordance with the approved notice plan;

WHEREAS, the Notice provided that if no other Avis shareholder sought to intervene in the Derivative Action, the voluntary dismissal would be approved by the Court, and that any motion to intervene had to be filed with the Clerk of the Court no later than April 13, 2026;

WHEREAS, no shareholder filed a motion to intervene with the Clerk of the

Court on or before April 13, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. Notice of Plaintiff's desire to voluntarily dismiss the Derivative Action has been given to the Company's shareholders;

2. The Derivative Action is dismissed without prejudice; and

3. Each Party shall bear its own costs and fees.

Dated: April 20, 2026

**AGREED TO AND CONSENTED BY:**

THE WEISER LAW FIRM, P.C.

By: */s/ James M. Ficaro*
JAMES M. FICARO (2010-00123)
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Tel: (610) 225-2677
jficaro@weiserlawfirm.com

*Attorney for Plaintiff*

FBT Gibbons LLP

/s/ *Samuel I. Portnoy*
Samuel I. Portnoy
One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4909
Fax: (973) 639-6218
sportnoy@fbtgibbons.com

*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April 21, 2026.

Hon. Michael E. Farbiarz
United States District Judge